

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

August 6, 2013

**BY FAX**

The Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street New York,
New York 10007



RECEIVED
AUG -6 2013
JUDGE KEENAN'S CHAMBERS

Re: **United States v. Marek Leszczynski**
**12 Cr. 923 (JFK)**

Dear Judge Keenan:

    The Government respectfully submits this letter to advise the Court that the parties have reached a disposition in the above-captioned matter and to request, without objection from the defense, that time under the Speedy Trial Act be excluded until August 20, 2013, when the defendant is expected to enter a plea.

    At the last status conference, the Court set the next status conference for August 15, 2013. After conferring with Chambers, the parties were given August 20, 2013, at 3:00 p.m. as the date and time for the plea. Accordingly, with the defendant's consent through his counsel, the Government respectfully requests that the August 15 conference be adjourned and that time under the Speedy Trial Act be excluded between August 15 and August 20, 2013.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-13-13

The Honorable John F. Keenan
August 6, 2013
Page 2

      The Government has already transmitted to the Court's Deputy the relevant materials in connection with the plea on August 20, 2013.

      Respectfully submitted,

PREET BHARARA
United States Attorney

by: *[signature]*

Chi T. Steve Kwok
Assistant United States Attorney
(212) 637-2415

cc:   Steven D. Feldman, Esq.

*Application granted*
*[signed] John F. Keenan*
*U.S.D.J.*

*So ordered*
*August 13, 2013*